# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LONNIE D. HAGGERTY,                    : No. 20 WM 2017
:
            Petitioner          :
:
:
        v.                    :
:
:
JUDICIAL CONDUCT BOARD,                :
:
           Respondent          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2017, the Application for Leave to File a Reply is **GRANTED**, and the Petition for Review is **DENIED**.